**DISMISS and Opinion Filed October 3, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00736-CV

### IN RE RYAN WALLACE

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-73110**

## MEMORANDUM OPINION
Before Justices Smith, Garcia, and Kennedy
Opinion by Justice Kennedy

Appellant previously filed a petition for writ of mandamus seeking vacatur of a 2013 conviction. On April 24, 2024, we dismissed the petition for want of jurisdiction. *See In re Wallace*, No. 05-24-00317-CV, 2024 WL 1757246, at *1 (Tex. App.—Dallas Apr. 24, 2024, orig. proceeding).[1] In this appeal, appellant challenges our April 24 opinion. We questioned our jurisdiction over this appeal attempting to challenge that opinion and directed the parties to file letter briefs addressing the jurisdictional issue.

---

[1] We denied appellant's motion for rehearing on June 4, 2024.

Although appellant filed a letter brief, nothing therein demonstrates our jurisdiction over a new appeal challenging our prior opinion dismissing his petition for writ of mandamus. Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

240736F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

IN RE RYAN WALLACE

No. 05-24-00736-CV

On Appeal from the 265th Judicial District Court, Dallas County, Texas Trial Court Cause No. F10-73110. Opinion delivered by Justice Kennedy. Justices Smith and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee the State of Texas recover its costs of this appeal from appellant Ryan Wallace.

Judgment entered October 3, 2024